UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:12-CV-519-H

BETTY G. RUNNER                                                                PLAINTIFF

v.

COMMONWEALTH OF KENTUCKY, *et al.*                             DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

       Defendants, the Commonwealth of Kentucky and others, have moved to dismiss this complaint on jurisdictional grounds and for summary judgment on various other grounds. Plaintiff, Betty Runner, has filed as many as fourteen (14) discrimination complaints against agencies of the Commonwealth of Kentucky and this complaint is only the latest.

       Plaintiff was last dismissed from employment with the Commonwealth on March 20, 2008. She has not applied for employment since that time. Nevertheless, she has pursued numerous complaints regarding her termination and treatment afterwards. The Court has reviewed the current complaint, the pending motions and Plaintiff's responses. The Court finds no basis for continuing this lawsuit.

       The most obvious reasons why Plaintiff's discrimination claims cannot proceed is that they are barred by the ninety-day statute of limitations provision. Here, Plaintiff failed to file her federal complaint for more than a year after the EEOC sent her a notice of right to sue. Although Plaintiff claims that she did not receive that notice, she presents no basis in fact and law for ignoring the ninety-day statute of limitations for such a lengthy period of time. Plaintiff's other ADA and Rehabilitation Act claims are also barred by the one-year statute of limitations under Kentucky law. Plaintiff offers no reasonable grounds for ignoring these limitations.

In this case, with such a long litigation history, the Court does not feel that it is necessary to review each and every grounds for granting Defendants' motion. Suffice to say that the Court has reviewed Defendants' motion for summary judgment and agrees with all of the grounds stated therein. The Court adopts those grounds as additional reasons for granting the current motions.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is SUSTAINED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc:   Betty G. Runner, Pro Se
      Counsel of Record